1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    ERICA LYNN ALVARADO,                    Case No. 1:25-cv-00474 -CDB (SS)

12              Plaintiff,                     ORDER GRANTING STIPULATION TO
                                               VOLUNTARY REMAND PURSUANT TO
13        v.                                   SENTENCE FOUR OF 42 U.S.C. § 405(g)

14    COMMISSIONER OF SOCIAL                   (Doc. 11)
      SECURITY,
15
                Defendant.
16

17        Pending before the Court is the parties' stipulation to voluntary remand pursuant to

18   sentence four of 42 U.S.C. § 405(g), filed June 18, 2025.  (Doc. 11).

19        Upon consideration of the parties' stipulation, pleadings and for good cause shown, IT IS

20   HEREBY ORDERED:

21        1.  The above-captioned matter is remanded to the Commissioner of Social Security for

22            further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

23        2.  Upon remand, the Appeals Council shall remand the case to an Administrative Law

24            Judge (ALJ) for a new decision; and

25            ///

26            ///

27            ///

28            ///

1

    3.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and

2

        against Defendant, reversing the final decision of the Commissioner, and terminate all

3

        pending dates.

4

IT IS SO ORDERED.

5

   Dated:   **June 20, 2025**                              

6

                       UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28